UNITED STATES of America ex rel. Ralph BRINK, Appellant, v. Dr. J. W. CLAUDY, Warden, Western State Penitentiary.

No. 10461.

United States Court of Appeals
Third Circuit.

Submitted May 21, 1951.

Decided May 24, 1951.

Before GOODRICH, STALEY and HASTIE, Circuit Judges.

PER CURIAM.

It is now ordered and adjudged by this Court that the Order of March 21, 1951 denying petition for writ of habeas corpus in this case be, and the same is hereby affirmed, 96 F.Supp. 220, without costs.

Percy BADHAM, Appellant, v. Eugene ALEXANDER, Appellee.

No. 11447.

United States Court of Appeals
Sixth Circuit.

Feb. 20, 1952.

Raymond C. Stephenson and Hottell, Stephenson & Allen, all of Louisville, Ky., for appellant.

Garland R. Hubbard, Louisville, Ky., and James W. Aird, Birmingham, Ala., for appellee.

Before HICKS, Chief Judge, and SIMONS and ALLEN, Circuit Judges.

PER CURIAM.

Upon consideration of the briefs and record in the above-entitled causes and the oral arguments had therein, it appears that there are no reversible errors committed at the trial in rulings or instructions to the jury that were prejudicial, or in respect to which appropriate objections were preserved for review; therefore,

The judgment below is affirmed.